# MEMORANDUM DECISIONS

## I

Frank BEVILL v. STATE. (No. 11867.) Court of Criminal Appeals of Texas. June 13, 1928. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. T. Kelly, of Dallas, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is rape; punishment fixed at confinement in the penitentiary for a period of five years. The indictment appears regular. No statement of facts accompanies the record. No questions of law are presented for review, by bills of exceptions or otherwise. No fundamental error having been perceived or pointed out, the judgment is affirmed.

## 2

Jake CARDIEI v. STATE. (No. 11948.) Court of Criminal Appeals of Texas. June 6, 1928. Appeal from District Court, Taylor County; W. R. Chapman, Judge. C. L. Hailey, of Abilene, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is passing a forged instrument; punishment fixed at confinement in the penitentiary for a period of three years. There are no statement of facts nor bills of exceptions. No irregularity in the trial has been disclosed or discovered. The judgment is affirmed.

## 3

E. CHACON v. STATE. (No. 11952.) Court of Criminal Appeals of Texas. June 6, 1928. Appeal from El Paso County Court at Law; J. M. Deaver, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for unlawfully carrying a pistol; punishment fixed at a fine of $100. The complaint and information both appear to be in regular form. The record is before us without statement of facts or bills of exceptions. No fundamental error having been perceived or pointed out, the judgment is affirmed.